**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000767
21-JUN-2022
08:14 AM
Dkt. 82 OCOR**

NO. CAAP-19-0000767


IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I


WILLIAM H. GILLIAM, Plaintiff-Appellant, v.
DAN ELLIOTT, a/k/a DANIEL J. ELLIOTT,
Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO.  19-1-00045)


ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

        IT IS HEREBY ORDERED that the Summary Disposition Order entered on June 17, 2022 (docket no. 80) in the above case is hereby corrected as follows:

        1.  On page 1, in the caption of the case name, correct and add "DAN ELLIOTT, a/k/a" so that as corrected, the line should read: "DAN ELLIOTT, a/k/a DANIEL J. ELLIOTT,"

        The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

        DATED: Honolulu, Hawai'i, June 21, 2022.

                                FOR THE COURT:

                                /s/ Karen T. Nakasone
                                Associate Judge

---

[1]     Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.